# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, B.T. PALMER, T.H. CAMPBELL**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**MARSHAND A. WOODS**
**LIEUTENANT JUNIOR GRADE (O-2), U.S. NAVY**

**NMCCA 201300153**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged**: 14 January 2016.
**Military Judge**: CDR Arthur L. Gaston III, JAGC, USN.
**Convening Authority**: Commander, Navy Region Hawaii, Pearl Harbor, HI.
**Staff Judge Advocate's Recommendation**: LCDR J.S. Ayeroff, JAGC, USN.
**For Appellant**: LT David W. Warning, JAGC, USN.
**For Appellee**: LT James Belforti, JAGC, USN.

**30 June 2016**

---
## OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court